IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABSOLUTE ARCHITECTURE, P.C., an Illinois corporation, individually and on behalf of all others similarly situated, | ) ) ) ) | Case No. 13-cv-7167 |
| Plaintiff, | ) ) | Hon. Ronald A. Guzman |
| v. | ) ) | Magistrate Judge Sheila M. Finnegan |
| FLIPSIDE PRODIGY, INC. D/B/A AGENCY ACCESS.COM, a New York corporation, | ) ) ) ) | |
| Defendant. | ) | |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and by this stipulation signed by the parties, the parties hereby dismiss this action with prejudice as to Plaintiff's individual claims, and without prejudice as to the class claims. Except as otherwise agreed, each party shall bear his or its own costs and expenses, including attorneys' fees.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| ABSOLUTE ARCHITECTURE, P.C., | FLIPSIDE PRODIGY, INC. D/B/A AGENCY ACCESS.COM |
| By its counsel, | By its counsel, |
| /s/ Joseph J. Siprut | /s/ Peter G. Wilson |
| Joseph J. Siprut | Daniel P. Shapiro |
| *jsiprut@siprut.com* | *daniel.shapiro@kattenlaw.com* |
| Gregg M. Barbakoff | Peter G. Wilson |
| *gbarbakoff@siprut.com* | *peter.wilson1@kattenlaw.com* |
| Ismael T. Salam | **KATTEN MUHCIN ROSENMAN LLP** |
| *isalam@siprut.com* | 525 West Monroe Street |
| **SIPRUT PC** | Chicago, IL 60661 |
| 17 North State Street | 312.902.5200 |
| Suite 1600 | Fax: 312.902.1061 |
| Chicago, Illinois 60602 | |
| 312.236.0000 | |
| Fax: 312.470.6588 | |

Dated: December 19, 2013

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Stipulation of Dismissal** was filed this 19th day of December, 2013, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

_____
Joseph J. Siprut

4845-7628-5207, v. 1