UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
Eastern Division

Absolute Architecture, P.C.
                          Plaintiff,

v.                                              Case No.: 1:13−cv−07167
                                                Honorable Ronald A. Guzman

Flipside Prodigy, Inc.
                          Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 20, 2013:

      MINUTE entry before the Honorable Ronald A. Guzman: Pursuant to stipulation to dismiss [doc. 17], pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, it is hereby ordered that this case is hereby dismissed with prejudice as to Plaintiffs individual claims, and without prejudice as to the class claims. Except as otherwise agreed, each party shall bear his or its own costs and expenses, including attorneys fees. Any pending motions or schedules are stricken as moot. Civil case terminated. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.